**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6206**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

KENNETH R. PATTERSON,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:05-cr-00048-JRS-1)

———————

Submitted: July 31, 2008        Decided: August 7, 2008

———————

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth R. Patterson, Appellant Pro Se. Michael Ronald Gill, David T. Maguire, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth R. Patterson appeals the district court's order denying his motion to file a belated direct appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Patterson</u>, No. 3:05-cr-00048-JRS-1 (E.D. Va. Jan. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>